```
 1  IRELL & MANELLA LLP
    Morgan Chu (Bar No. 70446)
 2  Melissa R. McCormick (Bar No. 180384)
    840 Newport Center Drive, Suite 400
 3  Newport Beach, California 92660-6324
    Telephone:  (949) 760-0991
 4  Facsimile:  (949) 760-5200

 5  FAEGRE & BENSON LLP
    James R. Steffen (pro hac vice)
 6  2200 Wells Fargo Center
    90 South Seventh Street
 7  Minneapolis, Minnesota  55402-3901
    Telephone:  (612) 766-7000
 8  Facsimile:  (612) 766-1600

 9  Attorneys for Defendant LIFE TIME FITNESS, INC.

10  STETINA BRUNDA GARRED & BRUCKER
    Bruce B. Brunda (Bar No. 108898)
11  Lowell Anderson (Bar No. 105323)
    75 Enterprise, Suite 250
12  Aliso Viejo, California  92656
    Telephone:  (949) 855-1246
13  Facsimile:  (949) 855-6371

14  Attorneys for Plaintiff
    NUTRITIONAL SPECIALTIES, INC.
```

FILED
NOV - 6 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

NUTRITIONAL SPECIALTIES, INC.,
a California corporation,

    Plaintiff,

v.

LIFE TIME FITNESS, INC., a
Minnesota corporation; and DOES
1 through 10, inclusive,

    Defendants.

Case No. SACV02-1020 DOC (MLGx)

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1); and**

[~~PROPOSED~~] ORDER

ENTER ON ICMS
NOV - 6 2003

STIPULATED DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER
CASE NO.: SA 02-1020 DOC (MLGx)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

632290.01

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-captioned action may be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without the award of costs or attorneys' fees to any party.

Respectfully submitted,

Dated: November 4, 2003        STETINA BRUNDA GARRED & BRUCKER

By: _____
Bruce B. Brunda
Attorneys for Plaintiff
Nutritional Specialties, Inc.

Dated: November 4, 2003        IRELL & MANELLA LLP

By: _____
Melissa R. McCormick
Attorneys for Defendant
Life Time Fitness, Inc.

Dated: November 4, 2003        FAEGRE & BENSON LLP

By: _____
James R. Steffen
Attorneys for Defendant
Life Time Fitness, Inc.

### ORDER

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, without the award of costs or attorneys' fees to any party.

Dated: November 6, 2003        _____
Hon. David O. Carter
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

632290.01

STIPULATED DISMISSAL WITH PREJUDICE;
[PROPOSED] ORDER
CASE NO.: SA 02-1020 DOC (MLGx)

- 2 -

**PROOF OF SERVICE**

State of California )
                    ) ss.
County of Orange    )

I am over the age of 18 and not a party to the within action; my business address is 75 Enterprise, Suite 250, Aliso Viejo, California 92656. On November 5, 2003, the attached **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1); AND [PROPOSED] ORDER** was served on all interested parties in this action by U.S. Mail, postage prepaid, at the address as follows:

> Melissa R. McCormick, Esq.
> Morgan Chu
> IRELL & MANELLA, LLP
> 840 Newport Center Drive, Suite 400
> Newport Beach, CA  92660-6324
>
> James R. Steffen
> FAEGRE & BENSON LLP
> 2200 Wells Fargo Center
> 90 South Seventh Street
> Minneapolis, MN  55402-3901

Executed on November 5, 2003 at Aliso Viejo, California. I declare under penalty of perjury that the above is true and correct. I declare that I am employed in the office of STETINA BRUNDA GARRED & BRUCKER at whose direction service was made.

_____
Tara Gassert